# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal. Case No. 07cr0627-BTM |
| Plaintiff, ) | |
| v. ) | **ORDER FOR CONTINUANCE OF MOTION HEARING** |
| MANUEL MANZO-OCHOA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the motion hearing set for July 6, 2007 be continued to July 27, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: July 5, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge